**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Tricia R. Dobbins and Joshua Lybrand, Defendants,

Of whom Joshua Lybrand is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2020-000673

---

Appeal From Lexington County
W. Greg Seigler, Family Court Judge

---

Unpublished Opinion No. 2020-UP-313
Submitted October 30, 2020 – Filed November 17, 2020

---

**AFFIRMED**

---

Lyn Howell Hensel, of The Law Office of Lyn Howell
Hensel, of Columbia, for Appellant.

Thomas E. Shealy, of the South Carolina Department of
Social Services, of Lexington, for Respondent.

Robin Page, of The Law Office of Robin Page, LLC, of Columbia, for the Guardian ad Litem.

———————

**PER CURIAM:**  Joshua Lybrand appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Lybrand's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and KONDUROS and MCDONALD, JJ., concur.**

———————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.